PER CURIAM.
Affirmed on the authority of Red Top Cab & Baggage Company, Inc. v. Grady, Fla.App.1958, 99 So.2d 871; Barr v. Mizrahi, Fla.App.1960, 124 So.2d 508; Sandford v. Firestone Tire & Rubber Company, Fla.App.1962, 139 So.2d 916; Brookbank v. Mathieu, Fla.App.1963, 152 So.2d 526; Miller v. Griffin, Fla.App.1963, 154 So.2d 333; Shaw v. Puleo, Fla.1964, 159 So.2d 641; Benitez v. State, Fla.App.1965, 172 So.2d 520; Hall v. State, Fla.App.1967, 203 So.2d 202; Meehan v. Seaboard Air Line Railroad Company, Fla.App.1968, 210 So.2d 476; Sears, Roebuck & Company, Inc. v. Davis, Fla.App.1970, 234 So.2d 695; Blakely v. Pahler, Fla.App.1971, 253 So.2d 140; Anderson v. Glass, 19 Ill.App.2d 414, 153 N.E. 2d 863; White v. Rucker, 260 N.C. 226, 132 S.E.2d 327; Briley v. Austad, S.Ct. N.D.1961, 108 N,W.2d 696; Agren v. Keller, 9 A.D.2d 1000, 194 N.Y.S.2d 857.